# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP CHARVAT,**

    **Plaintiff,**

  **v.**                                                 **Civil Action 2:19-cv-1325**
                                                          **Judge Sarah D. Morrison**
                                                           **Magistrate Judge Jolson**

**LE ENERGY, LLC,**

    **Defendant.**

## ORDER

The parties have informed the Court that they have reached a settlement in this matter and are currently preparing a settlement agreement. The parties are therefore **DIRECTED** to file an entry of dismissal within **thirty days** or, if the parties have not finalized the settlement, a joint status report updating the Court on the parties' progress towards reaching a settlement.

    IT IS SO ORDERED.


Date:  February 24, 2020                                    /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE