# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:19-cv-1325 |
| | Judge Morrison |
| Plaintiff, | Magistrate Judge Jolson |
| vs. | |
| LE ENERGY, LLC d/b/a UTILITY GAS & POWER, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Philip Charvat and Defendant LE Energy, LLC respectfully submit this Stipulation of Dismissal of all of the individual claims of Philip Charvat with prejudice.  The parties request that this Court retain jurisdiction to enforce through contempt proceedings and otherwise the terms and conditions of the settlement agreement pursuant to which this Stipulation of Dismissal is filed.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian K. Murphy | /s/ Matthew A. Keilson |
| Brian K. Murphy, Trial Attorney (0070654) | Ryan D. Watstein (admitted *pro hac vice*) |
| Jonathan P. Misny (0090673) | Matthew A. Keilson (admitted *pro hac vice*) |
| Murray Murphy Moul + Basil LLP | Kabat Chapman & Ozmer LLP |
| 1114 Dublin Road | 171 17th Street NW, Suite 1550 |
| Columbus, OH  43215 | Atlanta, GA 30363 |
| (614) 488-0400 | (404) 400-7300 |
| (614) 488-0401 facsimile | (404) 400-7333 facsimile |
| murphy@mmmb.com | rwatstein@kcozlaw.com |
| misny@mmmb.com | mkeilson@kcozlaw.com |

| | |
|---|---|
| Anthony I. Paronich (admitted *pro hac vice*) | David J. Butler, Trial Attorney (0068455) |
| Paronich Law, P.C. | Michael J. Zbiegien, Jr. (0078352) |
| 350 Lincoln Street, Suite 2400 | Taft Stettinius & Hollister LLP |
| Hingham, MA 02043 | 65 East State Street, Suite 1000 |
| (508) 221-1510 | Cincinnati, OH 43215 |
| anthony@paronichlaw.com | (614) 221-2838 |
| | (614) 221-2007 facsimile |
| *Counsel for Plaintiff* | mzbiegien@taftlaw.com |
| | dbutler@taftlaw.com |
| | |
| | *Counsel for Defendant* |